UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff, | Case Number: 11-12849 |
| | Honorable: Patrick J. Duggan |
| | Magistrate: Mona K. Majzoub |
| | Claim Number: 1998A13362 |
| Belinda Y. Fluker aka Belinda Yvette Lowe,<br>　　　　　Defendant, | |

| | |
|---|---|
| Holzman Corkery, PLLC<br>Attorneys for Plaintiff<br>Charles J. Holzman (P35625)<br>Tamara Pearson (P56265)<br>28366 Franklin Rd.<br>Southfield, MI 48034<br>(248) 352-4340<br>usa@holzmanlaw.com | Belinda Y. Fluker aka Belinda Yvette Lowe<br>In Pro Per Defendant<br>31524 Scone<br>Livonia, Michigan 48154 |

**ORDER FOR ENTRY OF CONSENT JUDGMENT
WITH PARTIAL PAYMENT PROVISIONS**

　　Upon the stipulation of Charles J. Holzman, attorney for the United States of America, plaintiff herein,

　　IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Belinda Y. Fluker aka Belinda Yvette Lowe, in the principal amount of $3,826.47, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of **$10,512.35** owing as of August 31, 2011.

　　IT IS FURTHER ORDERED that the Defendant, Belinda Y. Fluker aka Belinda Yvette Lowe, may satisfy said Judgment by making bi-weekly payments of $37.50 via employer beginning October 5, 2011.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: September 14, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, September 14, 2011, by electronic and or ordinary mail.

      s/Marilyn Orem
      Case Manager